UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERMAINE ADAMS,

        Petitioner,

v.

GARY CAPELLO,

        Respondent.
_____/

File No: 2:09-CV-40

HON. ROBERT HOLMES BELL

# ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 1, 2010, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Petitioner Jermaine Adams's petition for habeas corpus be dismissed as moot. (Dkt. No. 8, R&R.) A copy of the R&R was sent via U.S. Mail to Petitioner at the address on file with the Court. The mail was returned marked "paroled." (Dkt. No. 9.) No objections have been filed to the R&R, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 8) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner Jermaine Adams's petition for habeas corpus (Dkt. No. 1) is **DISMISSED** as moot.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that an appeal of this action would not be in good faith.


Dated: April 5, 2010                              /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE